### In re Bertrand MARC.

No. 2010–1540.

United States Court of Appeals, Federal Circuit.

May 12, 2011.

Jeffrey M. Goehring, Young & Thompson, of Alexandria, VA, argued for the appellant. With him on the brief was Andrew J. Patch.

Joseph G. Piccolo, Associate Solicitor, Office of the Solicitors, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Brian T. Racilla, Associate Solicitor.

---

note that this court does not issue mandates relating to petitions for writs of mandamus. Fed. Cir. R. 40(e).

LINN, CLEVENGER, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**